914 A.2d 1289

IN THE MATTER OF MICHAEL C. KAZER,
AN ATTORNEY AT LAW.

February 8, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–233, concluding that **MICHAEL C. KAZER**

of **JERSEY CITY**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.8(e)(improperly providing financial assistance to a client in connection with pending or contemplated litigation), and good cause appearing;

It is ORDERED that **MICHAEL C. KAZER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.